**Dave WILCOXSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28710.**

Court of Criminal Appeals of Texas.

Jan. 9, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

Possession of intoxicating liquors for the purpose of sale in a dry area is the offense; the punishment, a fine of $150.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.